NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAOUL E. HARLEY, Jr.,

       Plaintiff - Appellant,

v.

CONTRA COSTA CHILDREN AND
FAMILY SERVICES,

       Defendant - Appellee.

No. 25-2883

D.C. No. 2:24-cv-03059-TLN-JDP

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted June 22, 2026[**]

Before:    CANBY, BENNETT, and BADE, Circuit Judges.

Raoul E. Harley, Jr. appeals pro se from the district court's judgment

dismissing his action challenging a state court custody order. We have jurisdiction

under 28 U.S.C. § 1291. We review de novo. *Watison v. Carter*, 668 F.3d 1108,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)); *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003) (dismissal under the *Rooker-Feldman* doctrine). We affirm.

The district court properly dismissed Harley's action as barred by the *Rooker-Feldman* doctrine because his claims amounted to a forbidden "de facto appeal" of a prior state court judgment or were "inextricably intertwined" with that judgment. *Noel*, 341 F.3d at 1163-66 (discussing proper application of the *Rooker-Feldman* doctrine).

Harley's request, set forth in the opening brief, to file "all associated records under seal" is denied.

**AFFIRMED.**